

LILIAN G. TSANG (#260460)
STAFF COUNSEL FOR
DAVID BURCHARD,
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
Tel:   (650) 345 – 7801 X 116
Fax:   (650) 345 – 1514

Signed and Filed: October 3, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re

**CHEPES, JOSEPH SCOTT**

          Debtor.

Case No.: 19-10596 DM

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS WITH TWO YEAR BAR TO FUTURE FILINGS AND ASSESSING SANCTIONS**

    Upon consideration of the Trustee's Motion to Dismiss with a Bar to Future Filing for a Minimum of Two Years and Assessing Sanctions, appearances having been noted on the record at the hearing on October 1, 2019, and good cause appearing; it is ORDERED that:

    1) This case is DISMISSED with prejudice such that the debtor is barred from filing a bankruptcy petition without prior leave of court for a period of two (2) years from the date of entry of this ORDER; and

    2) In the event that the debtor files a petition in violation of the above, the case may be dismissed without further hearing, and the debtor is hereby assessed sanctions by the Court in the amount of $5,000.00, which shall be due and payable to the Court by cashier's check or money order within ten days of the filing of the petition.

    The court reserves jurisdiction to enforce this Order.

                                  **\*\*\* End of Order \*\*\***

**COURT SERVICE LIST**

Joseph Scott Chepes
252 Colgan Ave.,
Santa Rosa, CA 95404